Case: 1:24-mj-00097
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 3/14/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiant, ▮▮▮▮▮▮▮, is a Special Agent with the Federal Bureau of Investigation ("FBI"). Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

In the wake of January 6, 2021, the FBI received a voluminous amount of tips from the public identifying individuals who were depicted on the news and other open source media entering the Capitol on January 6. This included a tip identifying a French-American individual named BAPTISTE QUINTERNET from North Hollywood, California, as one such individual. The tipster included a link to a video showing QUINTERNET on January 6 and described QUINTERNET as a person wearing a "Red MAGA baseball cap in reverse and a [Paris Saint-Germain Football Club] red scarf." The tipster further provided links to two of QUINTERNET's social media accounts.



**Fig. 1 – Still photo from tipster's open source video showing QUINTERNET outside the House Chamber Doors**



**Fig. 2 – Still photo from open-source video of QUINTERNET on January 6, 2021, wearing a red cap in reverse and a Paris-Saint Germain Football Club scarf.**

According to California Department of Motor Vehicle records, QUINTERNET is a resident of North Hollywood, CA. In June 2023, law enforcement officers observed QUINTERNET at his DMV address of record, and positively identified him as the individual depicted in Figure 1 and other footage from the Capitol on January 6, 2021. Additionally, according to records obtained from U.S. Citizenship and Immigration Services, QUINTERNET is a naturalized U.S. citizen born in France.

In July 2023, during an interview by FBI Special Agents, an associate of QUINTERNET identified the person shown in Figure 2 as QUINTERNET.

Investigators have reviewed video from January 6, 2021 showing QUINTERNET inside the Capitol building that day. Surveillance video footage from the Capitol shows that QUINTERNET entered the building at approximately 2:26 p.m. through the Rotunda Doors.



**Fig. 3 – Still photo from CCTV of QUINTERNET (red circle) entering the Rotunda Doors.**

QUINTERNET walked through the Rotunda and proceeded to walk through Statuary Hall. After crossing the though hall and entering the Statuary Hall Connector – leading to the House Chamber—a crowd of rioters, including QUINTERNET, was stopped by law enforcement. As the crowd approached the law enforcement officers, QUINTERNET can be seen gesturing with his arm in an apparent motion to wave the crowd forward.



**Fig. 4 – Still photo from CCTV of QUINTERNET appearing to wave rioters forward.**

Open source video showed QUINTERNET towards the front of the crowd in the Statuary Hall Connector and gesturing as the crowd chanted "Stop the steal" and confronted law enforcement blocking its progress. Both open source and Capitol Building surveillance video showed that the crowd confronted the law enforcement officers for several minutes before physically pushing past them and proceeding down the hallway immediately outside the House Chamber, QUINTERNET among them.

Open source video, including the one found at the link provided by the tipster, showed that QUINTERNET advanced at least as far as the House Chamber Doors. QUINTERNET remained among the mob at the entrance to the House Chamber as the crowd chanted "Stop the steal" and "Break it down," referring to the House Chamber Doors.



**Fig. 5 – Still photo of open source video showing QUINTERNET at the entrance to the House Chamber.**

At approximately 2:55 p.m., QUINTERNET walked down the House Wing Hallway, toward the Hall of Columns where he was directed by law enforcement out of the Capitol Building via the South Doors.



**Fig. 6 – Still photo from CCTV of QUINTERNET in the Hall of Columns shortly before exiting the Capitol building.**

Separate open source video showed that QUINTERNET approached the Capitol from the east and appearred to be among the first group of rioters to approach the East Central Steps. As QUINTERNET approached among this group, he passed multiple police vehicles, and was directly behind several law enforcement officers who were retreating up the stairs. The officers confronted the group but were not able to hold the crowd back.



**Fig. 7 – Still photo from open-source footage of QUINTERNET (red circle) approaching the US Capitol building from the east.**

Subsequently, while still amongst the crowd near the East Central Stairs, QUINTERNET was photographed standing on a law enforcement vehicle.



**Fig. 8 – Open source photo of QUINTERNET standing on top of a law enforcement vehicle outside of the U.S. Capitol.**

Flight records obtained by investigators show that QUINTERNET flew from Los Angeles, California to Washington D.C. on January 4, 2021, and returned on January 7, 2021. Records from an identified hotel show that QUINTERNET stayed at a hotel in Arlington, Virginia from January 4-7. On both the flight and hotel records, phone number 818-415-9798 was listed for QUINTERNET.

According to records obtained through a search warrant served on cellular service provider Verizon, a mobile device associated with a phone number 818-415-9798 was identified as having utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol Building.

Based on the foregoing, your affiant submits that there is probable cause to believe that BAPTISTE QUINTERNET violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted,

cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that BAPTISTE QUINTERNET violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this ___14___ day of March 2024.

MOXILA A. UPADHYAYA
U.S. MAGISTRATE JUDGE