# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| **BAPTISTE QUINTERNET,** | : | |
| | : | **18 U.S.C. § 1752(a)(1)** |
| **Defendant.** | : | **(Knowingly Entering or Remaining in any** |
| | : | **Restricted Building or Grounds Without** |
| | : | **Lawful Authority)** |
| | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Knowingly, and with intent to impede or** |
| | : | **disrupt the orderly conduct of Government** |
| | : | **business)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in a** |
| | | **Capitol Building)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the

disclosure will result in flight from prosecution, intimidation of potential witnesses, and serious

jeopardy to the investigation, the United States has established that a compelling governmental

interest exists to justify the requested sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that

the affidavit in support of criminal complaint and other related materials, the instant application to

seal, and this Order are sealed until the arrest warrant is executed.

1

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrant until it is executed.


Date: 03/14/2024


_____
JUDGE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE