AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00097 |
| Baptiste Quinternet | ) Assigned To : Judge Moxila A. Upadhyaya |
| | ) Assign. Date : 3/14/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ___Baptiste Quinternet___,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly, and with intent to impede or disrupt the orderly conduct of Government business;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: ___03/14/2024___                                                          ___M.A. Upadh___
                                                                                  *Issuing officer's signature*

City and state: ___Washington, D.C.___                    ___Moxila A. Upadhyaya , U.S. Magistrate Judge___
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* __3/14/2024__, and the person was arrested on *(date)* __11/21/2024__
at *(city and state)* __North Hollywood, CA__.

Date: __11/21/2024__                                       ___[signature]___
                                                             *Arresting officer's signature*

                                                             ___Special Agent Michael Gee___
                                                                   *Printed name and title*